# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **ESTEBAN BENITEZ,** <br><br> Plaintiff, <br><br> vs. <br><br> **AMERICAN COLLECTION ENTERPRISE, INC.; and DOES 1 through 10, inclusive,** <br> Defendants. | **Case No.: 8:13-cv-02458-DKC** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff , ESTEBAN BENITEZ,  hereby voluntarily dismisses his claims, with prejudice, against Defendants AMERICAN COLLECTION ENTERPRISE, INC.; and DOES 1 through 10, inclusive.

Dated: 10/4/2013                                               RESPECTFULLY SUBMITTED,

By: /s/ L. Jeanette Rice
L. Jeanette Rice, Esq
Walsh, Becker, Moody & Rice
14300 Gallant Fox Lane # 218
Bowie, MD 20715
Telephone: 301-262-6000
Facsimile: 301-262-4403
Email: riceesq@walshbecker.com
*Attorney for Plaintiff,*
*Esteban Benitez*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, AMERICAN COLLECTION ENTERPRISE, INC., at the address stated below, and deposited said envelope in the United States mail.

    AMERICAN COLLECTION ENTERPRISE, INC.
    205 S. Whiting St., Ste. 500
    Alexandria, VA 22304

                        By: /s/ L. Jeanette Rice
                        L. Jeanette Rice, Esq.